UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MITCHELL D. MISCHENKO,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | NO. CV-12-167-TOR<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 4th day of January, 2013.

　　　　　　　　　　　　　　　　　SEAN F. McAVOY
　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　By:　s/Renea Ferrante
　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel